# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Mary Garcia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12094-DRH |
| *Silvia Garza, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11197-DRH |
| *Cassandra McClellan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10322-DRH |
| *Michelle Weatherill, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11707-DRH |
| *Jennifer Egan v. Bayer Corporation, et al.* | No. 11-cv-10645-DRH |
| *Nicole Guite, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10868-DRH |
| *Michelle McCormick v. Bayer Corporation, et al.* | No. 11-cv-13608-DRH |
| *Melissa Senn-Reis v. Bayer Corporation, et al.* | No. 11-cv-13016-DRH |
| *Bonnie Hibbs v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11285-DRH |
| *Stephanie Matthews v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11573-DRH |
| *Christina Song v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11068-DRH |
| *Melissa Armenta v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10137-DRH |
| *Amber Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11614-DRH |

*April J. Stewart v. Bayer Corporation, et al.*       No. 12-cv-11358-DRH

*Jennifer Wallace v. Bayer Corporation, et al.*       No. 12-cv-11143-DRH

*Nancy Soper, as Administrator of the Estate of*       No. 12-cv-10865-DRH
*Heather Soper v. Bayer Corporation, et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 19, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2015.05.20
14:35:39 -05'00'

APPROVED:
              DISTRICT JUDGE
              U. S. DISTRICT COURT

2